IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILEY DERRELL REESE,
    Plaintiff,

vs.                                            Case No. 3:04cv17/RV/EMT

KEVIN COXWELL,
DEVIN SHANE HUNNICUTT,
    Defendants.

_____/

**O R D E R**

       This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 9, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

       Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

       2. Plaintiff's claims under the Eighth Amendment are **DISMISSED**.

       3. Defendants' motion for summary judgment (Doc. 32) is **GRANTED IN PART AND DENIED IN PART** as follows:

              a.      Defendants' motion for summary judgment is granted as to Plaintiff's Fourth Amendment claim of unlawful entry.

              b.      Defendants' motion for summary judgment is denied as to Plaintiff's Fourth Amendment claims of excessive force against Defendants.

4. The clerk is directed to return this file to the assigned Magistrate Judge for further proceedings.

**DONE AND ORDERED** this  13th day of March, 2006.


_/s/ Roger Vinson_
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:04cv17/RV/EMT