IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILEY DERRELL REESE,
    Plaintiff,

vs.                                  Case No.:  3:04cv17/RV/EMT

DEPUTY KEVIN COXWELL
and DEPUTY DEVIN HUNNICUTT,
    Defendants.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 16, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of all timely filed objections.

    Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Plaintiff's Motion for Default (Doc. 60) is **DENIED**.

**DONE AND ORDERED** this 30th day of August, 2006.

                                    /s/ _Roger Vinson_
                                    **ROGER VINSON**
                                    **SENIOR UNITED STATES DISTRICT JUDGE**